**Opinion issued October 4, 2012**



In The

# Court of Appeals
### For The
# First District of Texas

———

**NO. 01-11-00394-CV**

———

**BERNARD OSTROFF, KATHLEEN OSTROFF, CHAD M. OSTROFF, TYLER A. OSTROFF AND COLLIN SOMERVILLE-OSTROFF,**
Appellants

**V.**

**ANTHONY J. MUFFOLETTO, M.D., INDIVIDUALLY, METHODIST ORTHOPEDIC SPECIALISTS OF TEXAS, RANDALL ALAN NEMITZ, M.D., INDIVIDUALLY, GREATER HOUSTON ANESTHESIOLOGY, MEMORIAL HERMANN HOSPITAL SYSTEM, MEMORIAL HERMANN HEALTHCARE SYSTEM, MEMORIAL HERMANN SOUTHWEST HOSPITAL, Appellees**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1046882**

**MEMORANDUM OPINION**

Appellants, Bernard Ostroff, Kathleen Ostroff, Chad M. Ostroff, Tyler A. Ostroff and Collin Somerville-Ostroff, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (requiring payment of fees in court of appeals), Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing required fees in court of appeals).

On July 16, 2012, the Court notified appellants that the appeal was subject to dismissal for failure to pay the required fees. *See* TEX. R. APP. P. 5 (authorizing enforcement of rule), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution). On August 9, 2012, appellees moved for dismissal for want of prosecution because appellants had not paid the required fees. Appellants did not respond to the Court's notice or to appellees' motion to dismiss.

We grant the motion and dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.